

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. KRANTZ,<br>　　　　Plaintiff<br><br>　　　v.<br><br>PEERLESS INDEMNITY INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY, t/d/b/a LIBERTY MUTUAL INSURANCE and LIBERTY MUTUAL INSURANCE GROUP,<br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Docket No.<br>**18   3450**<br>**FILED**<br>AUG 1 5 2018<br>KATE BARKMAN, Clerk<br>By _____ Dep. Clerk |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐   The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

X   The nongovernmental corporate party, Peerless Indemnity Insurance Company, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc. LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc. Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company. Liberty Mutual Insurance Company owns 100% of the stock of Liberty Mutual Agency Corporation. Liberty Mutual Agency Corporation owns 100% of the stock of Peerless Insurance Company. Peerless Insurance Company owns 100% of the stock of Liberty-USA Corporation. Liberty-USA Corporation owns 100% of the stock of Peerless Indemnity Insurance Company.

8/15/2018  
Date

_____  
Signature

Counsel for:   Defendants

## CERTIFICATE OF SERVICE

I, Brigid Q. Alford, Esquire, do hereby certify that a true and correct copy of the foregoing was served upon the following via Electronic Filing and US Postal Service on the date specified below:

Thomas J. Floyd, Jr., Esquire
The Floyd Law Firm
Griest Building, Suite 1102
Eight North Queen Street
Lancaster, PA 17603
*Attorney for Plaintiff*

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: _____
Brigid Q. Alford, Esquire
*Attorney for Defendants*

Dated: 8/15/2018