UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DAVID A. KRANTZ, <br>         Plaintiff, <br>         v. <br> PEERLESS INDEMNITY INSURANCE COMPANY, <br>         Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 18-cv-3450 |

# O R D E R

**AND NOW**, this 11th day of March, 2019, for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT:**

1. Defendant's Motion for a More Definite Statement, ECF No. 5, is **DENIED**.
2. Defendant's Alternative Motion to Dismiss Bad Faith Claim, ECF No. 5, is **GRANTED**. Defendant's statutory bad faith claim is **DISMISSED without prejudice**.
3. Defendant's Alternative Motion to Strike References to Unfair Insurance Practices Act, ECF No. 5, is **DENIED as moot**.
4. Plaintiff shall file any amended complaint **within twenty-one days** of the date of this order. If Plaintiff does not file an amended complaint, this case will be remanded to the Court of Common Pleas of Lancaster County.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge